SALVATORE AMODIO'S CASE.

Hampden.   May 19, 1919. — May 20, 1919.

Present: RUGG, C. J., BRALEY, DE COURCY, CROSBY, & CARROLL, JJ.

*Workmen's Compensation Act*, Findings of Industrial Accident Board.

In a claim under the workmen's compensation act, a decision of the Industrial Accident Board upon a question of fact is final and cannot be reversed if there was any evidence to support it. Following *Pass's Case*, 232 Mass. 515, and the cases there cited.

APPEAL to the Superior Court under the workmen's compensation act from a decision of the Industrial Accident Board refusing additional compensation to Salvatore Amodio, employed as a quarryman by John S. Lane and Son of Westfield, who was injured in the course of his employment on June 30, 1914, and was

awarded compensation by a decision of the board made on May 17, 1915.

The case was heard by *King*, J., who made a decree in accordance with the decision of the Industrial Accident Board, ordering that the employee's claim for further compensation be dismissed. The employee appealed.

The case was submitted on briefs.

*S. Martinelli*, for the employee.

*T. H. Calhoun & E. J. Sullivan*, for the insurer.

BY THE COURT. This case comes before us by appeal from a decree of the Superior Court affirming a decision of the Industrial Accident Board, which in turn adopted and confirmed the finding of the single member. The record presents no question of law whatever. Whether the employee was entitled to a finding in his favor was wholly a matter of fact. On a matter of fact the conclusion of the Industrial Accident Board is final and cannot be reversed unless quite unsupported by evidence. There is no ground for disturbing their finding in the case at bar, which is covered in every particular by *Pass's Case*, 232 Mass. 515, and the decisions there collected.

*Decree affirmed.*